B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Maryland Baltimore Division

In re  **Leah R Barber**                                        Case No.
                        Debtor(s)                               Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Selene Finance Lp | **Describe Property Securing Debt:**<br>15 Hallview Court<br>Baltimore, MD  21236<br>(Debtor not living there) |

Property will be (check one):
　■Surrendered　　　　　　　　　　　☐Retained

If retaining the property, I intend to (check at least one):
　☐Redeem the property
　☐Reaffirm the debt
　☐Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
　■Claimed as Exempt　　　　　　　　☐Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>Wfs Financial/Wachovia Dealer Srvs | **Describe Property Securing Debt:**<br>2014 Honda Civic<br>6k Miles |

Property will be (check one):
　☐Surrendered　　　　　　　　　　　■Retained

If retaining the property, I intend to (check at least one):
　☐Redeem the property
　☐Reaffirm the debt
　■Other.  Explain  **Continue Making Monthly Payments**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
　■Claimed as Exempt　　　　　　　　☐Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES　　　　☐ NO |

B8 (Form 8) (12/08) Page 2

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date **June 22, 2015**  Signature **/s/ Leah R Barber**
                                                        **Leah R Barber**
                                                        Debtor